UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA M. BIETLER and
STEPHANIE STARKS,

                Plaintiffs,

vs.

STATE OF MICHIGAN, Department of
Treasury – Collections, a Governmental
entity, and UNITED STATES OF AMERICA,
Department of Treasury – Internal Revenue
Service, a Governmental entity,

                Defendants.

Oakland County Circuit Ct
Case No. 16-152498-CH

USDC, ED of MI, SD

| | |
|---|---|
| THE DARREN FINDLING LAW FIRM | Barbara L. McQuade, US Attorney |
| By:    Darren Findling (P51350) | By: Kevin R. Erskine (P69120) |
|         Andrew J. Black (P64606) | Assistant U.S. Attorney |
| Attorneys for Plaintiffs | Attorneys for Def. USA/IRS |
| 414 W. Fifth Street | 211 W. Fort St., Suite 2001 |
| Royal Oak, MI   48067 | Detroit, MI 48226 |
| (248) 399-3300 | (313) 226-9610 |

## <u>NOTICE OF REMOVAL</u>

TO:    The Honorable Judges of the United States
District Court for the Eastern District of Michigan

Defendant United States of America ("USA"), petitioner herein, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, hereby removes this action (Case No. 16-152498), which is now pending in Oakland County Circuit Court for the State of Michigan, from said court to the United States District Court for the Eastern District

of Michigan, Southern Division. This action is subject to removal because an agency of the United States is sued and federal defenses including, but not limited to, sovereign immunity apply.

The above-entitled action was filed against defendant USA on or about april 15, 2016; service of process was made upon petitioner at this office on or about April 21, 2016. Copies of all process and pleadings served upon petitioner are attached hereto.

For removals of suits covered by 28 U.S.C. § 1441 and 1442, removal of the entire action by the federal government alone is hereby effected without joinder of any of the other parties in the Notice of Removal. *See* 14C *Wright, Miller & Cooper, Federal Practice and Procedure: Jurisdiction 3d, § 3727* at 166-68 & nn. 74 & 75; 16 *Moore's Federal Practice, §§ 107.15*[1][b][v] at 107-122.7; 107.15[1][b][iii] at 107-122.3 & n.26; 107.15[1][b][i] at 107-117; *Johnson v. Showers*, 747 F.2d 1228, 1229 (8th Cir. 1984).

WHEREFORE, Oakland County Circuit Court No. 16-152498-CH has been removed to the United States District Court for the Eastern District of Michigan and this entire action is now pending in this federal court.

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney


s/Kevin R. Erskine
KEVIN R. ERSKINE (P69120)
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, MI   48226-3211
Phone: (313) 226-9610
Email: kevin.erskine@usdoj.gov


Dated: May 20, 2016

3

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of **Notice of Removal** and Certificate of

Service has this 20th day of May, 2016, been made upon the following, by placing

same in an envelope, and depositing said envelope in a United States Postal

receptacle at Detroit, Michigan addressed to:

Andrew J. Black
Darren Findling
The Darren Findling Law Firm, PLC
414 W. Fifth Street
Royal Oak, MI  48067

David Foos
Assistant Attorney General
Michigan Department of Attorney General
Revenue & Collections Division
P.O. Box 30754
Lansing, Michigan 48909

Clerk of the Court
Oakland County Circuit Court
1200 N. Telegraph Road
Pontiac, MI   48341

s/Kevin R. Erskine
KEVIN R. ERSKINE (P69120)
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, MI   48226-3211
Phone: (313) 226-9610
Email: kevin.erskine@usdoj.gov

STATE OF MICHIGAN
CIRCUIT COURT FOR THE COUNTY OF OAKLAND

CYNTHIA M. BIETLER and
STEPHANIE STARKS,

                Plaintiffs,

                                      Case No. 16-152498-CH
vs.                                    Hon. Nanci J. Grant

STATE OF MICHIGAN, Department of
Treasury – Collections, a Governmental
entity, and UNITED STATES OF AMERICA,
Department of Treasury – Internal Revenue
Service, a Governmental entity,

                Defendants.

| | |
|---|---|
| THE DARREN FINDLING LAW FIRM | Barbara L. McQuade, US Attorney |
| By:   Darren Findling (P51350) | By: Kevin R. Erskine (P69120) |
|        Andrew J. Black (P64606) | Assistant U.S. Attorney |
| Attorneys for Plaintiffs | Attorneys for Def. USA/IRS |
| 414 W. Fifth Street | 211 W. Fort St., Suite 2001 |
| Royal Oak, MI   48067 | Detroit, MI 48226 |
| (248) 399-3300 | (313) 226-9610 |

**<u>NOTICE OF FILING NOTICE OF REMOVAL</u>**

TO:   Clerk of the Court
       1200 N. Telegraph Road
       Pontiac, MI   48341

       PLEASE TAKE NOTICE that on *Friday, May 20, 2016*, Defendant United

States of America, Department of Treasury – Internal Revenue Service (properly

"United States of America") filed in the office of the Clerk of the United States

District Court for the Eastern District of Michigan, Southern Division, at Detroit,

Michigan, a Notice of Removal of the above-entitled cause of action to said United

States District Court.   A copy of the Notice of Removal with attachments is

attached hereto.

Pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, this case now stands removed

to federal court.

Respectfully submitted,

BARBARA L. McQUADE (P45423)
United States Attorney


s/Kevin R. Erskine
KEVIN R. ERSKINE (P69120)
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, MI   48226-3211
Phone: (313) 226-9610
Email: kevin.erskine@usdoj.gov


Dated: May 20, 2016

## CERTIFICATE OF SERVICE

It is hereby certified that service of **Notice of Filing Notice of Removal** and Certificate of Service has, this 20th day of May, 2016, been made upon the following by placing same in a postage-paid envelope and depositing said envelope in a United States Postal receptacle at Detroit, Michigan addressed to:

Andrew J. Black
Darren Findling
The Darren Findling Law Firm, PLC
414 W. Fifth Street
Royal Oak, MI   48067

David Foos
Assistant Attorney General
Michigan Department of Attorney General
Revenue & Collections Division
P.O. Box 30754
Lansing, Michigan 48909

Jennifer Bielecki, Paralegal Specialist
United States Attorney's Office

3

This case has been designated as an eFiling case. To review a copy of the
Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/Pages/efiling

Approved, SCAO

1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>6th JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT | CASE NO.<br>2016-152498-CH<br>JUDGE GRANT |
|---|---|---|

Court address: 1200 N. Telegraph Road, Pontiac, MI 48341

Court telephone no.: (248) 858-1000

Plaintiff's name(s), address(es), and telephone no(s).
CYNTHIA M. BIETLER, and
STEPHANIE STARKS

*Jodi — Michael Bussert*

v

Defendant's name(s), address(es), and telephone no(s).
UNITED STATES OF AMERICA

Plaintiff's attorney, bar no., address, and telephone no.
Andrew J. Black (P64606)
The Darren Findling Law Firm, PLC
414 W. Fifth Street
Royal Oak, MI 48067
(248) 399-3300

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>APR 15 2016 | This summons expires<br>JUL 15 2016 | Court clerk<br>Lisa Brown |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|

Place where action arose or business conducted
City of Madison Heights, County of Oakland, State of Michigan

Date: 4/15/16

Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (5/16) SUMMONS AND COMPLAINT MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

| PROOF OF SERVICE | **SUMMONS AND COMPLAINT**<br>Case No. |
|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE** OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that:   (notarization not required) | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required) |

☐ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Mileage fee<br>$ | Total fee<br>$ |
|---|---|---|---|

Signature _____

Name (type or print) _____

Title _____

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                        Date

My commission expires: _____  Signature: _____
                          Date                           Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                      Attachments

_____ on _____
                                            Day, date, time

_____ on behalf of _____.

Signature

This case has been designated as an eFiling case. To review a copy of the Notice of Mandatory eFiling visit www.oakgov.com/clerkrod/Pages/efiling.

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

CYNTHIA M. BIETLER, and
STEPHANIE STARKS,

        Plaintiffs,

-vs-

STATE OF MICHIGAN,
Department of Treasury - Collections
a Governmental Entity, and

UNITED STATES OF AMERICA,
Department of Treasury – Internal Revenue Service,
a Governmental Entity,

        Defendants.

              /

Case No. 2016-    CH
Hon.  2016-152498-CH
JUDGE GRANT

This matter assigned to _Kevin Erskine_
Asst. U.S. Attorney
4/22/16  _Peter Caplan_
Date      Unit Chief, Civil Division

Darren Findling (P51350)
Andrew J. Black (P64606)
The Darren Findling Law Firm, P.L.C.
Attorneys for Plaintiffs
414 W. Fifth Street
Royal Oak, MI 48067
(248) 399-3300

              /

THERE IS NO OTHER CIVIL ACTION BETWEEN THESE PARTIES ARISING OUT OF THE SAME TRANSACTION OR OCCURRENCE AS ALLEGED IN THIS COMPLAINT PENDING IN THIS COURT, NOR HAS ANY SUCH ACTION BEEN PREVIOUSLY FILED AND DISMISSED OR TRANSFERRED AFTER HAVING BEEN ASSIGNED TO A JUDGE, NOR DO I KNOW OF ANY OTHER CIVIL ACTION, NOT BETWEEN THESE PARTIES, ARISING OUT OF THE SAME TRANSACTION OR OCCURRENCE AS ALLEGED IN THIS COMPLAINT THAT IS EITHER PENDING OR WAS PREVIOUSLY FILED AND DISMISSED, TRANSFERRED, OR OTHERWISE DISPOSED OF AFTER HAVING BEEN ASSIGNED TO A JUDGE IN THIS COURT.

PLAINTIFFS' ATTORNEY

## COMPLAINT TO QUIET TITLE

    Plaintiffs, Cynthia M. Bietler and Stephanie Starks, by their attorney, The Darren Findling Law Firm, PLC, state:

### The Parties

1.    Plaintiffs, Cynthia M. Bietler and Stephanie Starks, are the owners of a parcel of real property in the City of Madison Heights, County of Oakland, State of Michigan.

2.    Defendant, State of Michigan, Department of Treasury – Collections, is a Governmental Entity doing business in the County of Oakland, State of

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

Michigan.

3. Defendant, United States of America, Department of Treasury – Internal Revenue Service, is a Governmental Entity doing business in the County of Oakland, State of Michigan.

### Venue and Jurisdiction

4. The subject of this litigation is real property located in the City of Madison Heights, County of Oakland, State of Michigan.

5. This matter is brought pursuant to MCL §600.2932 and MCL §561.7.

6. Venue is appropriate in this Court pursuant to MCL §600.1605.

### General Allegations

7. The legal description of the subject property is as follows:

Lot 33, except the North 2 feet, Royal Madison Subdivision, as recorded in Liber 93, Page 27 and 28 of Plats, Oakland County Records,
Parcel ID: 25-11-101-055;

commonly known as: 30649 Whittier Ave., Madison Heights, MI 48071 (the "Property").

8. Plaintiffs, Cynthia M. Bietler and Stephanie Starks, are the owners of the subject Property.

9. Plaintiffs, Cynthia M. Bietler and Stephanie Starks, are currently the possessors of the Property.

10. On June 5, 2009, and recorded July 2, 2009, in Liber 41297, Page 190, Oakland County Records, Constance Samul, Dorean Pearson, survivors of themselves and their deceased joint tenant with full rights of survivorship, Cecelia Rutha, whose death certificate is recorded in Liber 41240, Page 95, Oakland County

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

Records, conveyed the Property to Paul R. Misiewicz, a married man, via Warranty Deed.

11.   On July 26, 2010, and recorded August 3, 2010, in Liber 42258, Page 346, Oakland County Records, Paul R. Misiewicz and Cynthia M. Misiewicz, a/k/a Cynthia M. Bietler, husband and wife, executed a Memorandum of Land Contract for the Property with Dorothy Palmer. (Exhibit A, *Memorandum of Land Contract*).

12.   On January 18, 2011, and recorded January 24, 2011, in Liber 42759, Page 629, Oakland County Records, the United States of America, Department of Treasury – Internal Revenue Service, filed a Notice of Federal Tax Lien against Dorothy E. Palmer, affecting the Property. (Exhibit B, *Notice of Federal Tax Lien*).

13.   On February 11, 2011, and recorded February 23, 2011, in Liber 42843, Page 812, Oakland County Records, the United States of America, Department of Treasury – Internal Revenue Service, filed a Notice of Federal Tax Lien against Dorothy E. Palmer, affecting the Property. (Exhibit C, *Notice of Federal Tax Lien*).

14.   On December 13, 2011, and recorded December 20, 2011, in Liber 43678, Page 676, Oakland County Records, the United States of America, Department of Treasury – Internal Revenue Service, filed a Notice of Federal Tax Lien against Dorothy E. Palmer, affecting the Property. (Exhibit D, *Notice of Federal Tax Lien*).

15.   On December 7, 2012, and recorded December 10, 2012, in Liber 45065, Page 193, Oakland County Records, the State of Michigan, Department of Treasury -

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

Collections, filed a Notice of State Tax Lien against Dorothy E. Palmer, affecting the Property. (Exhibit E, *Notice of State Tax Lien*).

16. On February 5, 2015, and recorded February 19, 2015, in Liber 47887, Page 67, Oakland County Records, the United States of America, Department of Treasury – Internal Revenue Service, filed a Notice of Federal Tax Lien against Dorothy E. Palmer, affecting the Property. (Exhibit F, *Notice of Federal Tax Lien*).

17. On September 8, 2015, and recorded September 8, 2015, in Liber 48576, Page 267, Oakland County Records, Dorothy E. Palmer executed a Quit Claim Deed in lieu of forfeiture of the Land Contract to Plaintiffs, Cynthia Beitler a/k/a Cynthia Bietler, and Stephanie Starks, via. (Exhibit G, *Quit Claim Deed*).

18. Upon examination of the register of deeds, there are no instruments of record terminating the interests of Defendants, State of Michigan, and United States of America.

19. Defendants, State of Michigan, and United States of America, appear to have interests in the chain of title in the Register of Deeds office.

20. The interests of Defendants, State of Michigan, and United States of America, constitute a cloud on Plaintiffs' title, which diminishes its value and adversely affects it.

21. The interest of Plaintiffs are superior to that of Defendants, State of Michigan, and United States of America.

22. The Plaintiffs are entitled to a Judgment to Quiet Title.

[This space intentionally left blank.]

Plaintiffs, Cynthia M. Bietler and Stephanie Starks, respectfully request that this Honorable Court enter a Judgment which quiets title to the subject property, discharges the interests of Defendants, State of Michigan, and United States of America, and conveys absolute marketable and insurable title to the land, in fee to Plaintiffs, Cynthia M. Bietler and Stephanie Starks, and issues a Writ of Eviction.

Respectfully submitted,

Dated: April 18, 2016

Andrew J. Black (P64606)
Attorneys for Plaintiffs

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

# EXHIBIT A

LIBER 42258 PG 346

139270
LIBER 42258 PAGE 346
$10.00 MISC RECORDING
$4.00 REMONUMENTATION
08/03/2010 02:34:25 P.M. RECEIPT# 57332

PAID RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS

2010 JUL 30 AM 11: 19

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

### MEMORANDUM OF LAND CONTRACT

This Memorandum Of Land Contract entered into on this 26th day of July, 2010, by and between Paul R. Misiewicz and Cynthia M. Misiewicz, Husband and Wife (the "Seller"), whose address is 1725 Byron, Madison Heights, MI 48071 and Dorothy Palmer (the "Purchaser"), whose address is 30649 Whittier, Madison Heights, MI 48071

### W I T N E S S E T H :

Whereas, Purchaser and Seller have entered into a Land Contract of even date herewith; and the parties desire to enter into this Memorandum of Land Contract to give record notice of existence of said Land Contract.

Now therefore, in consideration of the premises and for other good and valuable consideration Seller acknowledges and agrees that the property described below was sold to the Purchaser on Land Contract of even date:

Said property being located in the City of Madison Heights, County of Oakland, State of Michigan, described as:

Lot 33, except the North 2 feet, Royal Madison Subdivision, as recorded in Liber 93, on Pages 27 and 28 of Plats, Oakland County Records. 93027

More commonly known as: 30649 Whittier Avenue, Madison Heights, MI 48071
Tax Item Number: 25-11-101-055

In witness whereof, the parties hereto have executed this Memorandum of Land Contract and have caused their hands and seals to be affixed hereto the day and year first above written.

Purchaser(s):                                          Seller(s):

_____                    _____
Dorothy Palmer                                        Paul R. Misiewicz

_____
Cynthia M. Misiewicz

CHECKING COMPLETED
AT REGISTER OF DEEDS
JUL 3 0 2010
Ruth Johnson Register of Deeds
Oakland County, MI

329492-28
CAPITAL TITLE INSURANCE AGENCY

STATE OF MICHIGAN )
                                    )SS.
COUNTY OF Oakland )

Acknowledged by Paul R. Misiewicz and Cynthia M. Misiewicz, Husband and Wife and Dorothy Palmer before me on the 26th day of July, 2010.

A.M. SAINTCLAIR
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission expires April 28, 2012
Acting in the County of Oakland

_____, Notary Public
_____ County, Michigan
Acting in _____ County
My commission expires: _____

O.K. - A.N.

DRAFTED BY:                                    AFTER RECORDING RETURN TO:
Daniel S. Elses/GR/CT File Number: 329492-28     Dorothy Palmer
25800 Northwestern Highway, Suite 120            30649 Whittier
Southfield, MI 48075                             Madison Heights, MI 48071



Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

# EXHIBIT B

LIBER 42759 PG 629

**Form 668 (Y)(c)**
(Rev. February 2004)

11883

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>WAGE & INVESTMENT AREA #1<br>Lien Unit Phone: (800) 829-7650 | Serial Number<br><br>743667111 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**13570**
LIBER 42759 PAGE 629
$10.00 FEDERAL TAX LIEN
$.00
01/24/2011 12:24:26 P.M.   RECEIPT# 6834

Name of Taxpayer  DOROTHY E PALMER

Residence       30649 WHITTIER AVE
                MADISON HTS, MI 48071-2079

PAID   RECORDED - OAKLAND COUNTY
BILL BULLARD JR, CLERK/REGISTER OF DEEDS

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-1255 | 04/30/2007 | 05/30/2017 | 5285.59 |
| 1040 | 12/31/2003 | XXX-XX-1255 | 04/30/2007 | 05/30/2017 | 4698.81 |
| 1040 | 12/31/2004 | XXX-XX-1255 | 04/30/2007 | 05/30/2017 | 4501.94 |
| 1040 | 12/31/2005 | XXX-XX-1255 | 09/20/2010 | 10/20/2020 | 7647.09 |
| 1040 | 12/31/2006 | XXX-XX-1255 | 09/27/2010 | 10/27/2020 | 6616.88 |
| 1040 | 12/31/2007 | XXX-XX-1255 | 08/30/2010 | 09/29/2020 | 4793.51 |
| 1040 | 12/31/2008 | XXX-XX-1255 | 10/04/2010 | 11/03/2020 | 5060.44 |

| Place of Filing | | |
|---|---|---|
| REGISTER OF DEEDS<br>OAKLAND COUNTY<br>PONTIAC, MI 48341 | Total $ | 38604.26 |

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the ___18th___ day of ___January___, ___2011___.

| Signature<br>for DEBRA K. HURST | Title<br>ACS<br>(800) 829-7650 | 12-00-0000 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS
2011 JAN 24 AM 10:58

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

# EXHIBIT C

(Page 1 of 1)

LIBER 42843 PG 812

**Form 668 (Y)(c)**
(Rev. February 2004)

11883

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 913-6050 | Serial Number 753638711 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer DOROTHY E PALMER

Residence      30649 WHITTIER AVE
               MADISON HTS, MI 48071-2079

33557
LIBER 42843 PAGE  812
$10.00 FEDERAL TAX LIEN
$.00
02/23/2011 09:35:30 A.M.  RECEIPT# 1621!

PAID    RECORDED - OAKLAND COUNTY
BILL BULLARD JR. CLERK/REGISTER OF DEEDS

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | XXX-XX-1255 | 01/10/2011 | 02/09/2021 | 4998.45 |

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS
2011 FEB 22  AM 9:49

Place of Filing

REGISTER OF DEEDS
OAKLAND COUNTY
PONTIAC, MI 48341

Total | $ | 4998.45

This notice was prepared and signed at _____DETROIT, MI_____ , on this,

the ___11th___ day of ___February___, ___2011___.

| Signature for DEBRA K. HURST | Title ACS W&I (800) 829-7650 | 12-00-0000 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

# EXHIBIT D

(Page 1 of 1)

LIBER 43678 PG 676

**Form 668 (Y)(c)**
(Rev. February 2004)

4660

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: WAGE & INVESTMENT AREA #1 Lien Unit Phone: (800) 829-7650 | Serial Number 835823811 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

231189
LIBER 43678 PAGE 676
$10.00 FEDERAL TAX LIEN
$.00
12/20/2011 10:05:06 A.M. RECEIPT# 103201

Name of Taxpayer DOROTHY PALMER

PAID RECORDED - OAKLAND COUNTY
BILL BULLARD JR, CLERK/REGISTER OF DEEDS

Residence
30649 WHITTIER AVE
MADISON HTS, MI 48071-2079

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2010 | XXX-XX-1255 | 05/30/2011 | 06/29/2021 | 3887.07 |

RECEIVED OAKLAND COUNTY REGISTER OF DEEDS 2011 DEC 19 AM 8:45

| Place of Filing | REGISTER OF DEEDS OAKLAND COUNTY PONTIAC, MI 48341 | | Total | $ | 3887.07 |
|---|---|---|---|---|---|

This notice was prepared and signed at _____ DETROIT, MI _____ , on this,

the _____ 13th _____ day of _____ December _____ 2011

| Signature for DEBRA K. HURST | Title ACS W&I (800) 829-7650 | 12-00-0000 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

# EXHIBIT E

*LIBER:45065 PG:193*

0272901
LIBER 45065 PAGE 193
$10.00 MICHIGAN TAX LIEN
$.00
12/10/2012, 16:40:06 A.M.   RECEIPT# 138581
PAID   RECORDED - OAKLAND COUNTY
BILL BULLARD JR, CLERK/REGISTER OF DEEDS

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

## NOTICE OF STATE TAX LIEN

828 (Formerly C4531; Rev.10/00) TCO2/F01
Michigan Dept. of Treasury - Collections
PO Box 30199
Lansing, MI   48909 .        Page 1 of 1

| Account No.   Prim SXXXXX1255 Sec | Lien No.   1761170 |
|---|---|

PALMER DOROTHY E
30649 WHITTIER AVENUE

MADISON HEIGHTS        , MI 48071

For optional use by recording office

ON REAL PROPERTY

Under P.A. 203 of 1968, as amended, you are notified by this document the taxes, penalties and interest identified below remain unpaid. A lien in favor of the State of Michigan exists on all your property and rights to property both real and personal in the below total due, plus any future, penalties, interest, or other costs. The lien attaches to property you own now and that you acquire.

| Tax | Assessment Date | Assessment No. | Unpaid Balance of Assessment |
|---|---|---|---|
| Income Tax | 10/28/11 | TI70068 | $   1367.72 |

**TOTAL DUE** $1367.72

Filed With: OAKLAND COUNTY

*Richard J. Darling*

Richard J. Darling, Deputy Treasurer, Financial and Administrative Services

Date

12/7/2012



Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

# EXHIBIT F

LIBER 47887  PAGE 67          0032742

LIBER 47887  PAGE 67
$10.00 FEDERAL TAX LIEN
02/19/2015  03:22:14 PM RECEIPT# 20339
RECORDED – Oakland County, MI
Lisa Brown, Clerk/Register of Deeds

**Form 668 (Y)(c)**
(Rev. February 2004)

14582

Department of the Treasury - Internal Revenue Service
**Notice of Federal Tax Lien**

| Area: WAGE & INVESTMENT AREA #1 Lien Unit Phone: (800) 829-7650 | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| | 142985315 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  DOROTHY E PALMER

Residence     30649 WHITTIER AVE
              MADISON HTS, MI 48071-2079

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | XXX-XX-1255 | 10/27/2014 | 11/26/2024 | 7009.76 |

Place of Filing

RECEIVED OAKLAND COUNTY REGISTER OF DEEDS
2015 FEB 19 PM 2:20

REGISTER OF DEEDS
OAKLAND COUNTY
PONTIAC, MI 48341

| | Total | $ | 7009.76 |

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the __05th__ day of __February__, __2015__.

| Signature  *Cheryl Conder*  for DEANN BENDER | Title ACS W&I  (800) 829-7650 | 12-00-0000 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

Received for Filing Oakland County Clerk 2016 APR 15 AM 08:00

# EXHIBIT G

(Page 1 of 1)

LIBER 48576   PAGE 267                 0180296

LIBER 48576   PAGE 267
$10.00 DEED – COMBINED
$4.00 REMONUMENTATION
$.00 TRANSFER TX COMBINED
09/08/2015  08:40:53 AM RECEIPT# 107141
PAID RECORDED – Oakland County, MI
Lisa Brown, Clerk/Register of Deeds

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS

2015 SEP -8  AM 8: 40

STATE OF
MICHIGAN                              REAL ESTATE
                                      TRANSFER TAX
OAKLAND
09/08/2015               $.00 CO
107141                   $.00 ST
QUIT CLAIM DEED          0P4039929
M.C.L. 565.152

KNOW ALL PERSONS BY THESE PRESENTS: That, *Dorothy E Palmer*

whose address is *30649 Whittier Ave Madison Heights Mi 48071*

Quit Claim(s) to *Cynthia Beitler & Stephanie Starks*

whose address is *527 S Laurel St Royal Oak Mi 48067*

the following described premises situated in the *City of Madison* of *Madison Heights*
County of Oakland                                  and State of Michigan, to-wit:

*Royal Madison Sub*
*Lot 33 Exc N 2 Ft*

Commonly known as: *30649 Whittier Ave Madison Heights Mi 48071*

for the full consideration of *1.00*

Tax I.D. Number: *25-11-101-055*

Dated this        *8th*        day of *September*                    20 *15*

                                          Signed by:

                                          *Dorothy Palmer*
                                          *Dorothy E Palmer*

STATE OF MICHIGAN

COUNTY OF *Oakland*

The foregoing instrument was acknowledged before me this *8th* day of *September* 20 *15*

by *Dorothy E. Palmer*
                                          Laura Wilson
                                          Notary Public, Oakland County, Michigan
                                          Acting in Oakland County
My commission expires                     My Commission Expires: April 6, 2020

                    *4-6*    20*20*       *Laura Wilson*
Instrument                                Notary Public *Oakland* County, Michigan
Drafted by *Dorothy E Palmer*             Business
                    Return To:           Address *30649 Whittier Ave*
                                          *Madison Heights Mi 48071*
After recording return to:   Counter Customer

This property may be located within the vicinity of farmland or a farm operation. Generally accepted agricultural and management
practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan right to farm
act.

OK-18

Received for Filing.Oakland.County Clerk 2016 APR 15 AM 08:00